# JOSEPH & NORINSBERG, LLC

225 Broadway Suite 2700
New York, NY 10007
Telephone (212) 227-5700
Fax (212) 406-6890

_____

www.employeejustice.com

August 28, 2019

**VIA ECF**
Hon. Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   ***Leon v. Gazivoda Realty Co., Inc. et al.***,
       *No. :18-cv-09723-AT*

Dear Judge Torres:

   We represent Plaintiff Jorge Leon ("Plaintiff") in the above-referenced employment matter, on behalf of himself and all others similarly situated. In compliance with this Court's Order, dated August 8, 2019 [Docket No. 41], the parties now respectfully submit a revised Settlement Agreement, which incorporates all of the directives issued by this Court.

   The parties respectfully request that the Court approve the Revised Settlement Agreement, annexed hereto as Exhibit A, as fair and reasonable, for the reasons set forth in Plaintiffs' Fairness Letter, which was previously submitted on August 2, 2019, and is hereby incorporated by reference.

   Additionally, the parties respectfully request that the executed voluntary dismissal annexed hereto as Exhibit B be "So-Ordered" by the Court.

   We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          _____
                                          Chaya M. Gourarie, Esq.